AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
April 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Joseph Hinojos_
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Scott NICHOLS | ) | Case No.  **PE: 25-MJ-203** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 23, 2024___ in the county of ___Ward___ in the ___Western___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(5)(B) and (b)(2) | Knowingly possessing prepubescent child pornography that has been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, after sustaining a prior conviction in the State of Texas for aggravated sexual abuse, sexual abuse, or abusive sexual contact of a minor. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

JEFFREY A SAWYER

Digitally signed by JEFFREY A SAWYER
Date: 2025.04.15 08:40:22 -05'00'

*Complainant's signature*

Jeffrey Sawyer, HSI Special Agent

*Printed name and title*

Complaint sworn to telephonic ally and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

*Judge's signature*

Date:  ___04/15/2025___

City and state:  ___Alpine,Texas___

U.S. Magistrate Judge David Fannin

*Printed name and title*

## **Affidavit**

On September 23, 2024, the Ward County Sheriff's Office (WCSO) received a call for service to Monahans, Texas in the Western District of Texas where it was discovered an 11-year-old child, hereinafter referred to as Minor Victim 1 (MV1), was sexually assaulted by Michael Scott NICHOLS.

Law enforcement record checks revealed Michael Scott NICHOLS was convicted on or around October 3, 1997, for Sexual Assault of a Child, a First-Degree Felony in the State of Texas. Record checks revealed NICHOLS was sentenced to 15 years for the offense. Record checks also confirmed NICHOLS is a registered sex offender in the State of Texas.

On the same day, the WCSO seized two mobile devices from NICHOLS. One of those devices, a black in color Samsung Galaxy S22 Ultra, was seized and the WCSO applied for a received a signed search warrant for the device. The WCSO executed the search warrant with the assistance of Homeland Security Investigations (HSI) and the WCSO discovered what appeared to be numerous images of child pornography.

On April 7, 2025, HSI Alpine received a complete case file from the WCSO. On April 8, 2025, Homeland Security Investigations (HSI) Alpine applied for and received a Federal search warrant for the black in color Samsung Galaxy S22 Ultra. On April 9, 2025, HSI Computer Forensic Analysts (CFAs) conducted a cellular extraction of the mobile device.

On April 14, 2025, HSI Alpine Special Agents (SAs) reviewed the cellular extraction of the mobile device and discovered multiple Child Sexual Abuse Material (CSAM) videos. HSI Alpine SAs discovered multiple videos depicting prepubescent children engaging in sexually explicit conduct as defined in 18 USC 2256. Based on the preceding facts and circumstances stated above, I submit that there is probable cause to believe the Defendant did knowingly commit a violation of Title 18, United States Code, Section § 2252A(a)(5)(B) and (b)(2).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

JEFFREY A SAWYER
Digitally signed by JEFFREY A SAWYER
Date: 2025.04.15 08:41:09 -05'00'

Jeffrey A. Sawyer
Special Agent
Homeland Security Investigations

The Honorable David B. Fannin
United States Magistrate Judge
Western District of Texas (Pecos Division)